**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-63130**

MARCO VERCH,

Plaintiff,

v.

BROWARD COMMUNITY & FAMILY HEALTH CENTERS INC,

Defendant.

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND FALSE COPYRIGHT MANAGEMENT INFORMATION**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant BROWARD COMMUNITY & FAMILY HEALTH CENTERS INC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Verch's original copyrighted Work of authorship, and for the provision and distribution of false copyright management information in violation of 17 U.S.C. § 1202(a).

2. Marco Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant BROWARD COMMUNITY & FAMILY HEALTH CENTERS INC ("BCOM Health") is is a nonprofit healthcare provider that delivers comprehensive primary, dental, and behavioral health services to underserved communities. At all times relevant herein, BCOM Health owned and operated the internet website located at the URL https://bcomhealth.org/ (the "Website") and the Facebook URL https://www.facebook.com/bcomhealth1/ (the "Facebook page").

4. Verch alleges that BCOM Health copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. BCOM Health committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the BCOM Health's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. BCOM Health is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, BCOM Health engaged in infringement in this district, BCOM Health resides in this district, and BCOM Health is subject to personal jurisdiction in this district.

## DEFENDANT

9. Broward Community & Family Health Centers Inc is a Florida Not for Profit, with its principal place of business at 5010-5012 Hollywood Boulevard, Hollywood, Florida, 33021, and can be served by serving its Registered Agent, Rosalyn CEO Frazier, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, non-party, Liliya Krivorychko, created the photograph entitled "Wicker-basket-in-the-shape-of-a-heart-filled-with-fresh-vegetables-and-herbs," which is shown below and referred to herein as the "Work."



11. Liliya Krivorychko subsequently transferred all rights in the Work to Plaintiff Verch.

12. Verch registered the Work with the Register of Copyrights on February 25, 2020, as part of a group registration. The Group Registration was assigned registration number VA 2-196-997. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Verch was the owner of the copyrighted Work.

## INFRINGEMENT BY BCOM HEALTH

14. BCOM Health has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, BCOM Health copied the Work.

16. On or about November 11, 2023, Verch discovered the unauthorized use of his Work on the Website. BCOM Health used the Work on their Facebook Page, to advertise a Food Distribution event.

17. BCOM Health copied Verch's copyrighted Work without Verch's permission.

18. After BCOM Health copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. BCOM Health copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. BCOM Health committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. BCOM Health incorporated the Work into a promotional flyer advertising its “BCOM Pop-Up Food Distribution” event (the “Flyer”), and published the Flyer on its Facebook Page.

22. BCOM Health placed its own name and logo, “BCOM,” at the top of the Flyer above the Work, and placed its domain name, “BCOMHealth.org,” at the bottom of the Flyer.

23. The Flyer contains no credit, attribution, or other information identifying Verch as the author or owner of the Work.

24. By placing its name, logo, and domain name on the Flyer containing the Work, without any attribution to Verch, BCOM Health identified itself to the public as the author and owner of the Work.

25. BCOM Health is not the author or owner of the Work, and BCOM Health knew that it was not the author or owner of the Work.

26. BCOM Health added its name, logo, and domain name to the Flyer, and distributed the Flyer, to induce, enable, facilitate, or conceal its infringement of the Work.

27. Verch never gave BCOM Health permission or authority to copy, distribute or display the Work for any purpose.

28. Verch notified BCOM Health of the allegations set forth herein on April 21, 2025 and June 09, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

29. Verch incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

30. Verch owns a valid copyright in the Work.

31. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. BCOM Health copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

33. BCOM Health performed the acts alleged in the course and scope of its business activities.

34. Defendant's acts were willful.

35. Verch has been damaged.

36. The harm caused to Verch has been irreparable.

**COUNT II**
**FALSE COPYRIGHT MANAGEMENT INFORMATION (17 U.S.C. § 1202(a))**

37. Verch incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

38. BCOM Health's name, logo, and domain name, "BCOMHealth.org," as placed on the Flyer, constitute copyright management information within the meaning of 17 U.S.C. § 1202(c), including the name of, and other identifying information about, the copyright owner of the Work, 17 U.S.C. § 1202(c)(3), and identifying symbols referring to such information or links to such information, 17 U.S.C. § 1202(c)(7).

39. BCOM Health conveyed this copyright management information in connection with copies and displays of the Work.

40. The copyright management information that BCOM Health conveyed in connection with the Work is false because BCOM Health is not the author or the copyright owner of the Work.

41. BCOM Health knowingly provided copyright management information that is false in violation of 17 U.S.C. § 1202(a)(1).

42. BCOM Health knowingly distributed copyright management information that is false in violation of 17 U.S.C. § 1202(a)(2) by publishing the Flyer on its Facebook Page.

43. BCOM Health provided and distributed the false copyright management information with the intent to induce, enable, facilitate, or conceal infringement of Verch's copyright in the Work.

44. BCOM Health performed the acts alleged in the course and scope of its business activities.

45. Defendant's acts were willful.

46. Verch has been damaged.

47. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant BROWARD COMMUNITY & FAMILY HEALTH CENTERS INC that:

a. BCOM Health and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 1202;

b. BCOM Health be required to pay Verch his actual damages and Defendant's profits attributable to the violations, or, at Verch's election, statutory damages for each violation of 17 U.S.C. § 1202, as provided in 17 U.S.C. § 1203(c);

c. Verch be awarded his costs and reasonable attorneys' fees under 17 U.S.C. § 1203(b)(4) and (5);

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

f. BCOM Health and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

g. BCOM Health be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. § 504;

h. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

i. Verch be awarded pre- and post-judgment interest; and

j. Verch be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Verch hereby demands a trial by jury of all issues so triable.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Sanje V. Lara*

SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*